**UNITED STATES FIDELITY & GUARANTY COMPANY, a corporation, individually and for the use and benefit of Kenneth Tressler and Kenneth Tressler, v. ADA A. TRESSLER, SHRIVER B. TRESSLER and RUTH WESTERBERG, as Receiver.**

25 So. (2nd) 565            January Term, 1946
April 2, 1946            Division B
Rehearing denied April 23, 1946

*Miller & Fitzsimmons,* for appellants.

*Davis & Lockhart* and *J. Lewis Hall* for Ada A. Tressler and *Hugh Lester* for Ruth Westerberg, as Receiver, appellees.

PER CURIAM:

Decree affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.